CHRISTIAN SAUTTER, Appellant, *v.* UTICA CITY NATIONAL BANK et al., Respondents.

*Sautter* v. *Utica City Nat. Bank*, 119 App. Div. 898, affirmed.
(Argued November 17, 1908; decided December 1, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 27, 1907, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action by an adjoining property owner to restrain an alleged encroachment upon a city street.

*Smith M. Lindsley* and *William S. Mackie* for appellant.

*Thomas S. Jones* and *J. De P. Lynch* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.